■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MENDEL LOWE, Appellant.—(1) Appeal by defendant from a judgment (Indictment No. 1792/78) of the Supreme Court, Kings County, rendered September 28, 1979, convicting him of two counts of robbery in the first degree, upon a jury verdict, and imposing sentence and (2) purported appeal by defendant from a judgment (Indictment No. 359/79) of the same court, also rendered September 28, 1979, convicting him of criminal possession of a weapon in the third degree, upon a plea of guilty, and imposing sentence. Judgment under Indictment No. 1792/78, affirmed. No opinion. Purported appeal from judgment under Indictment No. 359/79, dismissed. No notice of appeal has been filed. Mollen, P. J., Lazer, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BETTY McPHERSON, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the Supreme Court, Westchester County, imposed November 7, 1979, upon her conviction of manslaughter in the first degree, upon her plea of guilty, the sentence being an indeterminate term of imprisonment with a minimum of 4 years and a maximum of 12 years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to an indeterminate period of imprisonment with a minimum of two years eight months, and a maximum of eight years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.